IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CSFB 1998-C2 TX FACILITIES, LLC, <br> Plaintiff/Judgment Creditor, | § § § | |
| v. | § § | Civil Action No. 3:16-CV-514-M |
| CHARLES SCHWAB & CO., INC., <br> Garnishee, | § § § | |
| and | § § | |
| WALTER W. RECTOR and SHIRLEY RECTOR, <br> Defendants/Judgment Debtors. | § § § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Judgment Debtor's Motion for Partial Summary Judgment*, filed September 2, 2016 (doc. 19), is **DENIED**.

SIGNED this 11 day of May, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE